# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| John M. Creagan | § | Case No. 15-06383 |
| Christine S. Creagan | § | |
|  | § | |
|  | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/25/2015 . The undersigned trustee was appointed on 02/25/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 18,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 591.07 |
| Bank service fees | | 150.86 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 17,258.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/01/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,550.00 , for a total compensation of $ 2,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.15 , for total expenses of $ 47.15 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2016                 By: /s/Zane L. Zielinski
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-06383 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | John M. Creagan | | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | Christine S. Creagan | | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 06/08/2016 | | | | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1547 Edmonds Avenue, New Lenox IL 60451-2385 | 293,000.00 | 0.00 | | 0.00 | FA |
| 2. Four Midwest Bank Accounts | 1,000.00 | 12,500.00 | | 12,500.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6. Christine Creagan's IRA at Gret West Financial | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) Through Employment 711 Jorie Boulevard Oak Brook, Ill | 60,000.00 | 0.00 | | 0.00 | FA |
| 8. Stock and interests in incorporated and unincorporated busin | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Chevy Malibu | 5,300.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Ram Pickup | 5,125.00 | 5,500.00 | | 5,500.00 | FA |
| 11. 2010 Chrysler Town & Country | 7,068.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $396,493.00      $18,000.00      $18,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is seeking approval of a settlement agreement with the Debtor's.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Joint Debtor Residence Location: 1547 Edmonds Avenue, New Lent |
| RE PROP # | 2 | -- | Four First Midwest bank accounts, debtors are returning the funds to the estate by agreement. |
| RE PROP # | 3 | -- | Debtors' Furnishings. Location: 1547 Edmonds Avenue, New Len |
| RE PROP # | 4 | -- | Debtors' Clothing. Location: 1547 Edmonds Avenue, New Lenox |
| RE PROP # | 5 | -- | Term Life Insurance Policy , United States' Army |
| RE PROP # | 6 | -- | Ira In Wife's Name Great West Finanical |
| RE PROP # | 7 | -- | 401(K) Through Employment 711 Jorie Boulevard Oak Brook, IllInt |
| RE PROP # | 8 | -- | The Debtors did not have stock, but scheduled stock with zero value on their schedules. |
| RE PROP # | 9 | -- | 2004 Chevey Malibu 50,000.00, Ok Condition Four Doors |
| RE PROP # | 10 | -- | 2006 Dodge Ram Pickup 160,000 Mile Ins Poor Condition, exemption amended by court order. |
| RE PROP # | 11 | -- | 2010 Chrysler Town & Country  91,000 miles Location: 1547 Edmonds Avenue, New Lenox IL 60451-2385 |

Initial Projected Date of Final Report (TFR): 01/31/2016        Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-06383 | | Trustee Name: | Zane L. Zielinski |
| Case Name: | John M. Creagan | | Bank Name: | Associated Bank |
| | Christine S. Creagan | | Account Number/CD#: | XXXXXX4396 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6780 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | 2 | John & Christine Creagan<br>1547 Edmonds Avenue<br>New Lenox, Illinois 60451 | Turnover of bank account funds | 1129-000 | $2,500.00 | | $2,500.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,490.00 |
| 08/10/15 | 2 | John & Christine Creagan<br>1547 Edmonds Avenue<br>New Lenox, IL 60451 | Turnover of bank account funds | 1129-000 | $2,500.00 | | $4,990.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 09/16/15 | | AMERICAN AUCTION ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, ILLINOIS 6004 | Sale of Vehicle | | $4,908.93 | | $9,888.93 |
| | | | Gross Receipts    $5,500.00 | | | | |
| | | American Auction Associates | Advertising, Cleaning, and towing    ($591.07) | 3620-000 | | | |
| | 10 | | 2006 Ram Pickup    $5,500.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.46 | $9,878.47 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $9,863.78 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.19 | $9,849.59 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.64 | $9,834.95 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.62 | $9,820.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                          Page Subtotals:                    $9,908.93         $88.60

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-06383 | Trustee Name: Zane L. Zielinski | |
| Case Name: John M. Creagan | Bank Name: Associated Bank | |
| Christine S. Creagan | Account Number/CD#: XXXXXX4396 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6780 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.66 | $9,806.67 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.58 | $9,792.09 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.09 | $9,778.00 |
| 05/13/16 | 2 | Fidelity National Title Company, LLC 116 N. Chicago Street; Suite 203 Joliet, IL 60432 | Turnover of bank account funds<br><br>Final payment | 1129-000 | $7,500.00 | | $17,278.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.93 | $17,258.07 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $17,408.93 | $150.86 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $17,408.93 | $150.86 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $17,408.93 | $150.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $7,500.00   $62.26

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4396 - Checking | $17,408.93 | $150.86 | $17,258.07 |
|  | $17,408.93 | $150.86 | $17,258.07 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $591.07 |
| Total Net Deposits: | $17,408.93 |
| Total Gross Receipts: | $18,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-06383  
Debtor Name: John M. Creagan  Christine S. Creagan  
Claims Bar Date: 9/1/2015  
Date: June 8, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $2,550.00 | $2,550.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $47.15 | $47.15 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $381.50 | $381.50 |
| 1 300 7100 | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $2,135.73 | $2,135.73 |
| 2 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $1,103.79 | $1,103.79 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $12,790.63 | $12,790.63 |
| 4 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $10,661.58 | $10,661.58 |
| 5 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $11,873.28 | $11,873.28 |
| 6 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $11,493.96 | $11,493.96 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-06383  
Debtor Name: John M. Creagan  Christine S. Creagan  
Claims Bar Date: 9/1/2015  

Date: June 8, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $5,040.50 | $5,040.50 |
| 8 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,024.30 | $2,024.30 |
| 9 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $6,800.25 | $6,800.25 |
| 10 300 7100 | Midland Credit Management, Inc.<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $2,055.34 | $2,055.34 |
| 11 300 7100 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Unsecured | | $0.00 | $333.57 | $333.57 |
| 12 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,804.60 | $1,804.60 |
| 13 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $3,521.31 | $3,521.31 |
| 14 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,412.88 | $1,412.88 |
| 15 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $284.62 | $284.62 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-06383  
Debtor Name: John M. Creagan  Christine S. Creagan  
Claims Bar Date: 9/1/2015  
Date: June 8, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank (South Dakota), N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $14,741.86 | $14,741.86 |
| 17 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank (South Dakota), N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $2,356.20 | $2,356.20 |
| 18 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank (South Dakota), N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $593.62 | $593.62 |
| 19 300 7100 | Portfolio Recovery Associates, Llc Successor To Chase Bank Usa, National Association (Chase Bank Usa, N.A.) Pob 41067 Norfolk Va 23541 | Unsecured | | $0.00 | $3,532.72 | $3,532.72 |
| | Case Totals | | | $0.00 | $97,539.39 | $97,539.39 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-06383
Case Name: John M. Creagan
　　　　　　Christine S. Creagan
Trustee Name: Zane L. Zielinski

　　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$　　　17,258.07

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Trustee Expenses: Zane L. Zielinski | $ 47.15 | $ 0.00 | $ 47.15 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 381.50 | $ 0.00 | $ 381.50 |

　　　Total to be paid for chapter 7 administrative expenses　　　$　　　2,978.65
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　$　　　14,279.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

　　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,560.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa) | $ 2,135.73 | $ 0.00 | $ 322.51 |
| 2 | Cavalry Spv I, Llc | $ 1,103.79 | $ 0.00 | $ 166.68 |
| 3 | Discover Bank | $ 12,790.63 | $ 0.00 | $ 1,931.49 |
| 4 | Discover Bank | $ 10,661.58 | $ 0.00 | $ 1,609.98 |
| 5 | Capital One Bank (Usa), N.A. | $ 11,873.28 | $ 0.00 | $ 1,792.96 |
| 6 | Capital One Bank (Usa), N.A. | $ 11,493.96 | $ 0.00 | $ 1,735.68 |
| 7 | American Express Centurion Bank | $ 5,040.50 | $ 0.00 | $ 761.16 |
| 8 | American Express Centurion Bank | $ 2,024.30 | $ 0.00 | $ 305.69 |
| 9 | American Express Bank, Fsb | $ 6,800.25 | $ 0.00 | $ 1,026.89 |
| 10 | Midland Credit Management, Inc. | $ 2,055.34 | $ 0.00 | $ 310.37 |
| 11 | Nicor Gas | $ 333.57 | $ 0.00 | $ 50.37 |
| 12 | Capital One, N.A. | $ 1,804.60 | $ 0.00 | $ 272.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Capital One, N.A. | $ 3,521.31 | $ 0.00 | $ 531.75 |
| 14 | Capital Recovery V, Llc | $ 1,412.88 | $ 0.00 | $ 213.36 |
| 15 | Capital Recovery V, Llc | $ 284.62 | $ 0.00 | $ 42.98 |
| 16 | Pyod, Llc Its Successors And Assigns As Assignee | $ 14,741.86 | $ 0.00 | $ 2,226.14 |
| 17 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,356.20 | $ 0.00 | $ 355.80 |
| 18 | Pyod, Llc Its Successors And Assigns As Assignee | $ 593.62 | $ 0.00 | $ 89.64 |
| 19 | Portfolio Recovery Associates, Llc | $ 3,532.72 | $ 0.00 | $ 533.46 |

Total to be paid to timely general unsecured creditors          $         14,279.42

Remaining Balance                                              $              0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE