**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **John M. Creagan and Christine S. Creagan,** | Bankruptcy No. 15-06383 |
| | Honorable Bruce W. Black |
| Debtors. | |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #58)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 1, 2016.

Dated: July 4, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **John M. Creagan and Christine S. Creagan**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
   **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **David W Daudell**   daviddaudell@ddlaw-associates.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Steven C Lindberg**   bankruptcy@fallaw.com
- **Crystal V Sava**   ccaceres@alolawgroup.com, bankruptcy@alolawgroup.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa)
294 Union St.
Hackensack, Nj 07601

**VIA U.S. MAIL**
Cavalry Spv I, Llc
500 Summit Lake Drive, Ste 400
Valhalla, Ny 10595

**VIA U.S. MAIL**
Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
American Express Centurion Bank
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Midland Credit Management, Inc.
As Agent For Midland Funding Llc
Po Box 2011
Warren, Mi 48090

**VIA U.S. MAIL**
Nicor Gas
Po Box 549
Aurora Il 60507

**VIA U.S. MAIL**
Capital Recovery V, Llc
C/O Recovery Management Systems Corporat
25 Se 2Nd Avenue Suite 1120
Miami Fl 33131-160560605

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank (South Dakota), N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
Portfolio Recovery Associates, Llc
Successor To Chase Bank Usa, National
Association (Chase Bank Usa, N.A.)
Pob 41067
Norfolk Va 23541

**VIA U.S. MAIL**
**John M. Creagan**
**Christine S. Creagan**
1547 Edmonds Avenue
New Lenox, IL 60451-2385