UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
John M. Creagan                       §    Case No. 15-06383
Christine S. Creagan                  §
                                      §
              Debtors                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 251,368.00<br>*(Without deducting any secured claims)* | Assets Exempt: 141,553.03 |
| Total Distributions to Claimants: 14,279.42 | Claims Discharged<br>Without Payment: 490,356.20 |
| Total Expenses of Administration: 3,720.58 | |

    3) Total gross receipts of $ 18,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 271,880.92 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,720.58 | 3,720.58 | 3,720.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 137,871.45 | 94,883.25 | 94,883.25 | 14,279.42 |
| **TOTAL DISBURSEMENTS** | $ 409,752.37 | $ 98,603.83 | $ 98,603.83 | $ 18,000.00 |

    4) This case was originally filed under chapter 7 on 02/25/2015 . The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2016         By: /s/Zane L. Zielinski
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Ram Pickup | 1129-000 | 5,500.00 |
| Four Midwest Bank Accounts | 1129-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally P.O. Box 901951 Louisville, KY 40290 | | 7,736.00 | NA | NA | 0.00 |
| | Chase P.O. Box 78420 Phoenix, AZ 85062-8420 | | 259,644.92 | NA | NA | 0.00 |
| | Chirs 401 K | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johns 401 K | | 0.00 | NA | NA | 0.00 |
| | Marquette Bank 9612 West 143rd Street Orland Park, IL 60462 | | 4,500.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 271,880.92 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 2,550.00 | 2,550.00 | 2,550.00 |
| Zane L. Zielinski | 2200-000 | NA | 47.15 | 47.15 | 47.15 |
| Associated Bank | 2600-000 | NA | 150.86 | 150.86 | 150.86 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 381.50 | 381.50 | 381.50 |
| American Auction Associates | 3620-000 | NA | 591.07 | 591.07 | 591.07 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,720.58 | $ 3,720.58 | $ 3,720.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 1,976.89 | NA | NA | 0.00 |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 4,973.62 | NA | NA | 0.00 |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 6,625.88 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | 176.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller,Leibsker & Moor P.O. Box 5463 Chicago, IL 60680-5463 | | 14,835.16 | NA | NA | 0.00 |
| | Capital Management Service 726 Exchange Street Suite 700 Buffalo, NY 14210 | | 9,442.41 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 9,898.71 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 9,486.10 | NA | NA | 0.00 |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 2,844.88 | NA | NA | 0.00 |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | 1,386.15 | NA | NA | 0.00 |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | 1,273.29 | NA | NA | 0.00 |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | 4,218.74 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 688901 Des Moines, IA 50368-8901 | | 1,949.29 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards Processing Center Des Moines, IA 50363-0001 | | 12,603.10 | NA | NA | 0.00 |
| | Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | 303.19 | NA | NA | 0.00 |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | 8,962.77 | NA | NA | 0.00 |
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | 12,046.78 | NA | NA | 0.00 |
| | Express P.O. Box 659728 San Antonio, TX 78265-9728 | | 74.32 | NA | NA | 0.00 |
| | GAP/GEMB P.O. Box 530942 Atlanta, GA 30353-0942 | | 284.62 | NA | NA | 0.00 |
| | Haster Law Office, P.A. 6640 Shady Oak Road Suite #340 Eden Prairie, MN 55344-7720 | | 1,872.29 | NA | NA | 0.00 |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | 128.36 | NA | NA | 0.00 |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | 2,303.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Retail Services P.O. Box 17264 Baltimore, MD 21297-1264 | | 2,302.29 | NA | NA | 0.00 |
| | HSBC Retail Services P.O. Box 17602 Baltimore, MD 21297-1602 | | 1,976.16 | NA | NA | 0.00 |
| | HSBC Retail Services P.O. Box 17602 Baltimore, MD 21297-1602 | | 1,831.36 | NA | NA | 0.00 |
| | JCPenney P.O. Box 960090 Orlando, FL 32896-0090 | | 970.94 | NA | NA | 0.00 |
| | Juniper Card Services P.O. Box 13337 Philadelphia, PA 19101-3337 | | 4,771.58 | NA | NA | 0.00 |
| | Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | 1,179.87 | NA | NA | 0.00 |
| | Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | 2,884.35 | NA | NA | 0.00 |
| | Nicor P.O. Box 0632 Aurora, IL 60507 | | 99.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NuWay/Tinley Park Disposal Service P.O. Box 9 Mokena, IL 60448 | | 37.35 | NA | NA | 0.00 |
| | Old Navy/GEMB P.O. Box 530942 Atlanta, GA 30353-0942 | | 734.62 | NA | NA | 0.00 |
| | Pier 1 Imports Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 37.66 | NA | NA | 0.00 |
| | Sears Credit Cards P.O. Box 183081 Columbus, OH 43218-3081 | | 3,092.00 | NA | NA | 0.00 |
| | Sprint P.O. Box 4191 Carol Stream, IL 60197-4191 | | 157.17 | NA | NA | 0.00 |
| | Target National Bank P.O. Box 660170 Dallas, TX 75266-0170 | | 9,973.62 | NA | NA | 0.00 |
| | Victoria's Secret P.O. Box 659728 San Antonio, TX 78265-9728 | | 31.39 | NA | NA | 0.00 |
| | Village of New Lennox 1 Veterans Parkway New Lenox, IL 60451 | | 125.09 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | American Express Bank, Fsb | 7100-000 | NA | 6,800.25 | 6,800.25 | 1,026.89 |
| 7 | American Express Centurion Bank | 7100-000 | NA | 5,040.50 | 5,040.50 | 761.16 |
| 8 | American Express Centurion Bank | 7100-000 | NA | 2,024.30 | 2,024.30 | 305.69 |
| | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa) | 7100-000 | NA | 322.51 | 322.51 | 322.51 |
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa) | 7100-000 | NA | 2,135.73 | 2,135.73 | 0.00 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 11,873.28 | 11,873.28 | 1,792.96 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 11,493.96 | 11,493.96 | 1,735.68 |
| 12 | Capital One, N.A. | 7100-000 | NA | 1,804.60 | 1,804.60 | 272.51 |
| 13 | Capital One, N.A. | 7100-000 | NA | 3,521.31 | 3,521.31 | 531.75 |
| 14 | Capital Recovery V, Llc | 7100-000 | NA | 1,412.88 | 1,412.88 | 213.36 |
| 15 | Capital Recovery V, Llc | 7100-000 | NA | 284.62 | 284.62 | 42.98 |
| 2 | Cavalry Spv I, Llc | 7100-000 | NA | 1,103.79 | 1,103.79 | 166.68 |
| 3 | Discover Bank | 7100-000 | NA | 12,790.63 | 12,790.63 | 1,931.49 |
| 4 | Discover Bank | 7100-000 | NA | 10,661.58 | 10,661.58 | 1,609.98 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Midland Credit Management, Inc. | 7100-000 | NA | 2,055.34 | 2,055.34 | 310.37 |
| 11 | Nicor Gas | 7100-000 | NA | 333.57 | 333.57 | 50.37 |
| 19 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 3,532.72 | 3,532.72 | 533.46 |
| 16 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 14,741.86 | 14,741.86 | 2,226.14 |
| 17 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,356.20 | 2,356.20 | 355.80 |
| 18 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 593.62 | 593.62 | 89.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 137,871.45 | $ 94,883.25 | $ 94,883.25 | $ 14,279.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-06383 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | John M. Creagan | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | Christine S. Creagan | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 11/08/2016 | | | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1547 Edmonds Avenue, New Lenox IL 60451-2385 | 293,000.00 | 0.00 | | 0.00 | FA |
| 2. Four Midwest Bank Accounts | 1,000.00 | 12,500.00 | | 12,500.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6. Christine Creagan's IRA at Gret West Financial | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) Through Employment 711 Jorie Boulevard Oak Brook, Ill | 60,000.00 | 0.00 | | 0.00 | FA |
| 8. Stock and interests in incorporated and unincorporated busin | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Chevy Malibu | 5,300.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Ram Pickup | 5,125.00 | 5,500.00 | | 5,500.00 | FA |
| 11. 2010 Chrysler Town & Country | 7,068.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $396,493.00    $18,000.00    $18,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's Final report was approved. The Trustee re-issued a check for $322.51 on October 13, 2016 to a creditor that did not receive the initial check.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Joint Debtor Residence Location: 1547 Edmonds Avenue, New Lenox, Ill |
| RE PROP # | 2 | -- | Four First Midwest bank accounts, debtors are returning the funds to the estate by agreement. |
| RE PROP # | 3 | -- | Debtors' Furnishings. Location: 1547 Edmonds Avenue, New Len |
| RE PROP # | 4 | -- | Debtors' Clothing. Location: 1547 Edmonds Avenue, New Lenox |
| RE PROP # | 5 | -- | Term Life Insurance Policy , United States' Army |
| RE PROP # | 6 | -- | Ira In Wife's Name Great West Finanical |
| RE PROP # | 7 | -- | 401(K) Through Employment 711 Jorie Boulevard Oak Brook, IllInt |
| RE PROP # | 8 | -- | The Debtors did not have stock, but scheduled stock with zero value on their schedules. |
| RE PROP # | 9 | -- | 2004 Chevey Malibu 50,000.00, Ok Condition Four Doors |
| RE PROP # | 10 | -- | 2006 Dodge Ram Pickup 160,000 Mile Ins Poor Condition, exemption amended by court order. |
| RE PROP # | 11 | -- | 2010 Chrysler Town & Country  91,000 miles Location: 1547 Edmonds Avenue, New Lenox IL 60451-2385 |

Initial Projected Date of Final Report (TFR): 01/31/2016          Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-06383 | Trustee Name: | Zane L. Zielinski |
| Case Name: | John M. Creagan | Bank Name: | Associated Bank |
| | Christine S. Creagan | Account Number/CD#: | XXXXXX4396 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6780 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | 2 | John & Christine Creagan<br>1547 Edmonds Avenue<br>New Lenox, Illinois 60451 | Turnover of bank account funds | 1129-000 | $2,500.00 | | $2,500.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,490.00 |
| 08/10/15 | 2 | John & Christine Creagan<br>1547 Edmonds Avenue<br>New Lenox, IL 60451 | Turnover of bank account funds | 1129-000 | $2,500.00 | | $4,990.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 09/16/15 | | AMERICAN AUCTION ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, ILLINOIS 6004 | Sale of Vehicle | | $4,908.93 | | $9,888.93 |
| | | | Gross Receipts $5,500.00 | | | | |
| | | American Auction Associates | Advertising, Cleaning, and towing ($591.07) | 3620-000 | | | |
| | 10 | | 2006 Ram Pickup $5,500.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.46 | $9,878.47 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $9,863.78 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.19 | $9,849.59 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.64 | $9,834.95 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.62 | $9,820.33 |

Page Subtotals: $9,908.93 $88.60

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-06383 | Trustee Name: Zane L. Zielinski |
| Case Name: John M. Creagan | Bank Name: Associated Bank |
| Christine S. Creagan | Account Number/CD#: XXXXXX4396 |
| | Checking |
| Taxpayer ID No: XX-XXX6780 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $13.66 | $9,806.67 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $14.58 | $9,792.09 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $14.09 | $9,778.00 |
| 05/13/16 | 2 | Fidelity National Title Company, LLC 116 N. Chicago Street; Suite 203 Joliet, IL 60432 | Turnover of bank account funds<br><br>Final payment | | 1129-000 | $7,500.00 | | $17,278.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $19.93 | $17,258.07 |
| 07/29/16 | 5001 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | | $2,597.15 | $14,660.92 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($2,550.00) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($47.15) | 2200-000 | | | |
| 07/29/16 | 5002 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 | | $381.50 | $14,279.42 |
| 07/29/16 | 5003 | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa) 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 15.10 % per court order. | | 7100-000 | | $322.51 | $13,956.91 |
| 07/29/16 | 5004 | Cavalry Spv I, Llc 500 Summit Lake Drive, Ste 400 Valhalla, Ny 10595 | Final distribution to claim 2 representing a payment of 15.10 % per court order. | | 7100-000 | | $166.68 | $13,790.23 |

Page Subtotals: $7,500.00    $3,530.10

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-06383 | | Trustee Name: | Zane L. Zielinski |
| Case Name: | John M. Creagan | | Bank Name: | Associated Bank |
| | Christine S. Creagan | | Account Number/CD#: | XXXXXX4396 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6780 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/08/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/16 | 5005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $3,541.47 | $10,248.76 |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 15.10 % per court order. | ($1,931.49) | 7100-000 | | |
| | | Discover Bank | Final distribution to claim 4 representing a payment of 15.10 % per court order. | ($1,609.98) | 7100-000 | | |
| 07/29/16 | 5006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $3,528.64 | $6,720.12 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 15.10 % per court order. | ($1,792.96) | 7100-000 | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 6 representing a payment of 15.10 % per court order. | ($1,735.68) | 7100-000 | | |
| 07/29/16 | 5007 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Distribution | | | $1,066.85 | $5,653.27 |
| | | American Express Centurion Bank | Final distribution to claim 7 representing a payment of 15.10 % per court order. | ($761.16) | 7100-000 | | |
| | | American Express Centurion Bank | Final distribution to claim 8 representing a payment of 15.10 % per court order. | ($305.69) | 7100-000 | | |
| 07/29/16 | 5008 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 9 representing a payment of 15.10 % per court order. | | 7100-000 | $1,026.89 | $4,626.38 |
| 07/29/16 | 5009 | Midland Credit Management, Inc.<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 10 representing a payment of 15.10 % per court order. | | 7100-000 | $310.37 | $4,316.01 |

| | | | Page Subtotals: | | $0.00 | $9,474.22 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-06383 | Trustee Name: Zane L. Zielinski |
| Case Name: John M. Creagan | Bank Name: Associated Bank |
| Christine S. Creagan | Account Number/CD#: XXXXXX4396 |
| | Checking |
| Taxpayer ID No: XX-XXX6780 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/16 | 5010 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Final distribution to claim 11 representing a payment of 15.10 % per court order. | 7100-000 | | $50.37 | $4,265.64 |
| 07/29/16 | 5011 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Distribution | | | $804.26 | $3,461.38 |
| | | Capital One, N.A. | Final distribution to claim 12 representing a payment of 15.10 % per court order. ($272.51) | 7100-000 | | | |
| | | Capital One, N.A. | Final distribution to claim 13 representing a payment of 15.10 % per court order. ($531.75) | 7100-000 | | | |
| 07/29/16 | 5012 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Distribution | | | $256.34 | $3,205.04 |
| | | Capital Recovery V, Llc | Final distribution to claim 14 representing a payment of 15.10 % per court order. ($213.36) | 7100-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 15 representing a payment of 15.10 % per court order. ($42.98) | 7100-000 | | | |
| 07/29/16 | 5013 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $2,671.58 | $533.46 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 16 representing a payment of 15.10 % per court order. ($2,226.14) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 17 representing a payment of 15.10 % per court order. ($355.80) | 7100-000 | | | |

Page Subtotals: $0.00    $3,782.55

UST Form 101-7-TDR (10/1/2010) (Page: 17)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-06383 | Trustee Name: | Zane L. Zielinski |
| Case Name: | John M. Creagan | Bank Name: | Associated Bank |
| | Christine S. Creagan | Account Number/CD#: | XXXXXX4396 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6780 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 18 representing a payment of 15.10 % per court order. | ($89.64) 7100-000 | | | |
| 07/29/16 | 5014 | Portfolio Recovery Associates, Llc Successor To Chase Bank Usa, National Association (Chase Bank Usa, N.A.) Pob 41067 Norfolk Va 23541 | Final distribution to claim 19 representing a payment of 15.10 % per court order. | 7100-000 | | $533.46 | $0.00 |
| 10/10/16 | 5003 | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa) 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 15.10 % per court order. Reversal | 7100-000 | | ($322.51) | $322.51 |
| 10/13/16 | 5015 | Atlas Acquisitions Llc (Hsbc Bank Nevada Nationa) 294 Union St. Hackensack, Nj 07601 | Claim Payment | 7100-000 | | $322.51 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $17,408.93 | $17,408.93 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,408.93 | $17,408.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,408.93 | $17,408.93 |

Page Subtotals:  $0.00  $533.46

UST Form 101-7-TDR (10/1/2010) (Page: 18)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4396 - Checking | $17,408.93 | $17,408.93 | $0.00 |
|  | $17,408.93 | $17,408.93 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $591.07 |
| Total Net Deposits: | $17,408.93 |
| Total Gross Receipts: | $18,000.00 |